#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR310** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **GREGORY W. WEBSTER,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion to seal records (Filing No. 223).

The Defendant asks that specific filings be sealed for the reason stated in his motion, which is restricted.[1] The Defendant's request is well taken. However, because court users may need access to the documents in question, the documents will be restricted rather than sealed.

IT IS ORDERED:

1. The Defendant's pro se motion to seal records (Filing No. 223) is granted insofar as the Clerk is directed to file Filing Nos. 181, 191, 192, 197, and 214 as restricted documents; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 16th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] A restricted document is only routinely available to court users and parties of record. NECrimR 49.1(c)(3).